PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* CARMELO BURGOS, Defendant and Appellant.

No. 5502. Argued December 5, 1933.—Decided December 19, 1933.

*Leopoldo Tormes* for appellant. *R. A. Gómez, Fiscal,* for appellee.

MR. JUSTICE HUTCHISON delivered the opinion of the Court.

Burgos was convicted of burglary. He says that the information was insufficient to support the verdict. The information charges a forcible entry with intent to commit rape. Appellant relies on *People* v. *Wys,* 25 P.R.R. 473, as authority for his contention that the information should have defined the crime of rape. The answer may be found in *People* v. *Méndez,* 34 P.R.R. 433, and *People* v. *Ramírez,* 41 P.R.R. 742.

Other assignments are that the verdict is contrary to the law and the evidence and that the district court erred in overruling a motion for a new trial. Both go to the sufficiency of the evidence. Neither, as developed in the brief, demands serious consideration.

The judgment appealed from must be affirmed.